**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Frank Estrada and Carman Estrada, husband and wife; and Othon Luna and Estella Luna, husband and wife,<br><br>            Plaintiffs,<br><br>vs.<br><br>City of San Luis; Rafael Torres; Rural/Metro Fire Department Inc.; Rural/Metro Protection Services, Inc.; and Rural/Metro (Delaware) Corporation (FN),<br><br>            Defendants.<br>_____<br>Frank Estrada and Carman Estrada, husband and wife; and Othon Luna and Estella Luna, husband and wife,<br><br>            Plaintiffs,<br><br>vs.<br><br>City of San Luis; Rural/Metro Fire Department Inc.; Rural/Metro Protection Services, Inc.; Rural/Metro (Delaware) Corporation (FN); Rafael Torres; Juan Carlos Escamilla; Lee Maness; and Gabriel Jimenez,<br><br>            Defendants.<br>_____ | Consolidated Actions<br><br>No. CV-07-1071-PHX-DGC (Lead Case)<br>No. CV-08-0945-PHX-DGC (Member Case)<br><br>**ORDER** |

On May 29, 2007, Plaintiffs commenced an action in this Court against the City of San Luis, Rafael Torres, and various Rural/Metro entities (Case No. CV-07-1071-PHX-DGC) ("First Action"). Nearly a year later, on May 19, 2008, Plaintiff filed another action in this Court against the defendants named in the First Action and three other defendants (Case No. CV-08-0945-PHX-ROS) ("Second Action"). The actions have been consolidated. Dkt. #22 (CV-08-0945); Dkt. #89 (CV-07-1071).

In an order dated November 15, 2007, the Court dismissed all claims asserted against Rural/Metro in the First Action based on Noerr-Pennington immunity. Dkt. #45 (CV-07-1071). Rural Metro has filed a motion to dismiss the Second Action as an impermissible attack on the Court's order of dismissal in the First Action. Dkt. #25 (CV-08-0945). Plaintiffs have not filed a response to the motion, and the time for doing so has expired. *See* LRCiv 7.2(c).

The Court already has dismissed the Second Action as impermissibly duplicative of the First Action. Dkt. #23 (CV-08-0945); Dkt. #90 (CV-07-1071). The Court therefore will deny Rural/Metro's motion to dismiss the Second Action as moot.

**IT IS ORDERED** that the Rural/Metro Defendants' motion to dismiss complaint in CV-08-0945 (Dkt. #25) is **denied** as moot.

DATED this 9th day of September, 2008.

David G. Campbell
United States District Judge